No. 77–6932. COOMES v. COMMISSIONER OF INTERNAL REVENUE, *ante,* p. 854;

No. 77–6988. BLOCH ET UX. v. GENERAL MOTORS ACCEPTANCE CORP., *ante,* p. 807;

No. 78–92. FIRST NATIONAL BANK OF MEMPHIS v. SMITH ET AL., *ante,* p. 883;

No. 78–5055. MAZZEFFI v. SCHWANKE, DBA ASHLAND & WAVELAND SERVICE STATION, ET AL., *ante,* p. 869;

No. 78–5085. HAMILTON v. DEPARTMENT OF SOCIAL SERVICES OF NEW YORK CITY, HUMAN RESOURCES ADMINISTRATION, *ante,* p. 870;

No. 78–5092. ALEXANDER v. DELAWARE STATE BAR ASSN., *ante,* p. 808;

No. 78–5147. BALOUN v. HELFERTY, *ante,* p. 872;

No. 78–5186. SHADD v. UNITED STATES BOARD OF PAROLE ET AL., *ante,* p. 815;

No. 78–5238. KAVANAUGH v. GRUNDMAN ET AL., *ante,* p. 897; and

No. 78–5280. GOOD SHIELD v. UNITED STATES, *ante,* p. 898. Petitions for rehearing denied.

No. 77–6869. STUART v. EMORY UNIVERSITY, INC., ET AL., *ante,* p. 882. Petition for rehearing denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

NOVEMBER 14, 1978

No. 78–450. UNITED STATES v. ST. LOUIS-SAN FRANCISCO RAILWAY CO. C. A. 8th Cir. Certiorari dismissed under this Court's Rule 60.

NOVEMBER 27, 1978

No. 78–553. AUTOMOTIVE SERVICE COUNCILS OF MICHIGAN ET AL. v. AUSTIN, SECRETARY OF STATE OF MICHIGAN. Appeal